# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | WestCo FG Corporation | 1/13/2023 | Wire | $ 33,653.00 |
| Akorn Operating Company, LLC | WestCo FG Corporation | 1/27/2023 | Wire | $ 4,943.00 |
| Akorn Operating Company, LLC | WestCo FG Corporation | 2/1/2023 | Wire | $ 14,486.00 |
| | | | | $ 53,082.00 |